1  Linda M. Lawson (Bar No. 77130)
   Brian K. Mazen (Bar No. 130777)
2  Russell G. Gomm (Bar No. 231056)
   MESERVE, MUMPER & HUGHES LLP
3  300 South Grand Avenue, 24th Floor
   Los Angeles, California 90071-3185
4  Telephone: (213) 620-0300
   Facsimile: (213) 625-1930
5
   Attorneys for Defendant
6  MASSACHUSETTS MUTUAL LIFE
   INSURANCE COMPANY, individually and as
7  successor-in-interest to CONNECTICUT
   MUTUAL LIFE INSURANCE COMPANY
8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 JIM McDAVID and MACON            )  Case No. C 05-00539 ~~BZ~~ SC
   McDAVID,                         )
13                                  )  STIPULATION AND [~~PROPOSED~~]
                Plaintiffs,         )  ORDER RE: DISMISSAL OF ENTIRE
14                                  )  ACTION WITH PREJUDICE
        v.                          )
15                                  )  Complaint Filed: April 9, 2004
   MASSACHUSETTS MUTUAL LIFE        )
16 INSURANCE COMPANY,               )
   CONNECTICUT MUTUAL LIFE          )
17 INSURANCE COMPANY, and DOES      )
   1-100,                           )
18                                  )
                Defendants.         )
19 _____  )

20      COMES NOW Plaintiffs JIM McDAVID and MACON McDAVID by and

21 through their counsel of record, Shernoff, Bidart & Darras LLP, and Defendant

22 MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, individually and

23 as successor-in-interest to CONNECTICUT MUTUAL LIFE INSURANCE

24 COMPANY, by and through its counsel of record, Meserve, Mumper & Hughes

25 LLP, and hereby agree and stipulate to dismiss this action in its entirety, with

26 prejudice as to all parties defendant, pursuant to Federal Rules of Civil Procedure,

27 Rule 41(a), and each party shall bear its own attorney fees and costs in this matter.

28

The parties seek the Court's approval of dismissal of this action with prejudice.

IT IS SO STIPULATED.

DATED: July 21, 2005

LINDA M. LAWSON
BRIAN K. MAZEN
RUSSELL G. GOMM
MESERVE, MUMPER & HUGHES LLP

By: _____
Russell G. Gomm
Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, individually and as successor-in-interest to CONNECTICUT MUTUAL LIFE INSURANCE COMPANY

Dated: July 20, 2005

FRANK N. DARRAS
SHERNOFF, BIDART & DARRAS LLP

By: _____
Frank N. Darras
Attorneys for Plaintiffs
JIM MCDAVID and MACON MCDAVID

## ORDER

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. C 05-00539 SC, is dismissed in its entirety as to all defendants, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorney fees and costs in this matter.

DATE: 7/28/05

/s/ Samuel Conti
HON. SAMUEL CONTI, JUDGE
UNITED STATES DISTRICT COURT